# Court of Appeals
# of the State of Georgia

ATLANTA,  October 16, 2013

*The Court of Appeals hereby passes the following order:*

**A14E0001. William Feldhaus and Michael Johnson v. 777 Capital, LLC.**

Upon consideration of the Emergency Motion Pursuant to Rule 40(b) for Additional Time to File and Perfect Petition for Appeal Pursuant to O.C.G.A. § 5-6-35, it is hereby ORDERED that Appellants' Motion be granted and Appellants shall have through and until NOVEMBER 1, 2013 TO file an Application for Discretionary Appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/16/2013
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*